SCWC-12-0000505

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

———————————

UNITED PUBLIC WORKERS, AFSCME, LOCAL 636, AFL-CIO,
Petitioner/Plaintiff-Appellant,

vs.

NEIL ABERCROMBIE,[1] Governor, State of Hawai‘i; Kalbert K. Young,
Director, Department of Budget and Finance, State of Hawai‘i;
Barbara A. Krieg, Director, Department of Human Resources
Development, State of Hawai‘i; Ted Sakai, Director, Department of
Public Safety, State of Hawai‘i;[2] DOE DEFENDANTS 1-10 (2009-045),
Respondents/Defendants-Appellees.

———————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000505; CIV. NO. 09-1-2145-09 PWB)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioner/Plaintiff-Appellant United Public Workers,

AFSCME, LOCAL 636, AFL-CIO's application for writ of certiorari

———————————

[1] During the pendency of this appeal, Neil Abercrombie, Governor of the State of Hawai‘i, succeeded Linda Lingle. Thus, pursuant to Hawai‘i Rules of Appellate Procedure (HRAP) Rule 43(c), Abercrombie has been substituted automatically for Lingle in this case.

[2] Kalbert K. Young, Director, Department of Budget and Finance, State of Hawai‘i; Barbara A. Krieg, Director, Department of Human Resources Development, State of Hawai‘i; and Ted Sakai, Director, Department of Public Safety, State of Hawai‘i have been substituted as parties to this appeal pursuant to HRAP Rule 43(c). UPW also listed Linda Lingle's Chief Policy Advisor, Linda Smith, as a Defendant. This title does not exist in Governor Abercrombie's current cabinet.

filed on September 13, 2013, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, October 17, 2013.

Herbert Takahashi,  
Rebecca Covert, and  
Davina Lam,  
for petitioner

James Halvorson and  
Richard Thomason,  
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

